**Carlos CASANOVA, Plaintiff–Appellant,**

v.

**Jorge Luis MORALES, Defendant–Appellee.**

**No. 07–14145**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 10, 2008.

Jamie H. Zidell, J.H. Zidell, P.A., Miami Beach, FL, for Plaintiff–Appellant.

Before ANDERSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

We find no error in the District Court's determination that Carlos Casanova has failed to establish coverage under the Fair Labor Standards Act, 29 U.S.C. §§ 201–216, and thus, the Summary Judgment in favor of Jorge Luis Morales is

**AFFIRMED.**